Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980 Phone
(806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

RICKY DON WHITE
CAROLYN ANN WHITE

CASE NO: 13-10093-RLJ-13
HEARING DATE: 1/1/2014
HEARING TIME: 11:00 AM

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 010 0 U | ABILENE CARDIOLOGY CONSULTANTS | $396.00 | 011 0 U | ABILENE CARDIOVASCULAR SURGERY PA | $17,648.00 |
| 012 0 U | ABILENE DIAGNOSTIC CLINIC | $348.00 | 013 0 U | ABILENE REGIONAL MEDICAL CENTER | $3,901.00 |
| 015 0 U | CLINICAL PATHOLOGY ASSOCIATES | $856.00 | 016 0 U | CRD PRT ASSO | $136.00 |
| 017 0 U | CROCKER & ASSOCIATES | $1,000.00 | 018 0 U | DIRECT TV | $270.00 |
| 020 0 U | FIRST CHOICE POWER | $338.00 | 021 0 U | FIRST NATL BK/BAIRD | $683.00 |
| 024 0 U | HILCO ELECTRIC COOPERATIVE | $347.00 | 025 0 U | MBRS CHOICE OF C TX FC | $24.00 |
| 027 0 U | PROVIDENCE HEATH CENTER | $1,234.00 | 028 0 U | RADIOLOGY ASSOCIATES OF ABILENE | $550.00 |
| 029 0 U | TEXAS MIDWEST ER PHYSICIANS | $962.00 | 030 0 U | THIRD COAST EMERGENCY PHYSICIANS | $272.00 |
| 031 0 U | UNITED ACCPT | $1.00 | 032 0 U | WACO CARDIOLOGY ASSOCIATES | $445.00 |
| 033 0 U | WACO GASTRO ENDOSCOPY | $200.00 | 034 0 U | WEST TEXAS RADIOLOGY | $163.00 |
| 052 0 U | BRISTOL WEST INSURANCE CO | $144.00 | | | |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | ABILENE TEACHERS FEDERAL CREDIT UNION | 2004 FORD F250 | $14,706.98 | $16,000.00 | 5.00% | 60 | $292.54 PAID BY TRUSTE |
| | Claim term extended from 52 to 60 months. See Trustee's Modification below. | | | | | | |
| 009 0 | RANDY BLANTON | 1997 FORD F150 | $0.00 | $15,100.00 | | | PD DIRECT BY DEBTOR |
| **PRIORITY CREDITORS** | | | | | | | |
| 003 0 * | INTERNAL REVENUE SERVICE | 2006, 2009-2010 INCOME, 2011-2012 UNAS LIAB TAXES | $15,463.91 | | | 60 | $303.21 PAID BY TRUSTE |
| | Claim term extended from 52 to 60 months. See Trustee's Modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 014 0 U | AMERICAN HONDA FINANCE CORPORATION<br>*PURCHASES* | $11,523.80 | 019 0 U | ECMC<br>*STUDENT LOAN* | $2,382.08 |
| 022 0 U | PREMIER BANKCARD /CHARTER<br>*PURCHASES* | $497.84 | 023 0 U | HENDRICK MEDICAL CENTER<br>*MEDICAL SERVICES* | $5,766.35 |
| 026 0 U | AMERICAN INFOSOURCE<br>*MEDICAL SERVICES/TX HEALTH PRESBYTERIAN HOSPITAL OF DALLAS* | $3,827.68 | 035 0 U | WORLD FINANCE CORPORATION<br>*LOAN* | $1,227.79 |
| 054 0 U * | ABILENE PHYSICIANS GROUP DCF<br>*MEDICAL SERVICES*<br>*Not provided for in confirmed plan.* | $893.74 | 058 0 U * | PALISADES COLLECTIONS LLC<br>*SERVICES/AT&T*<br>*Not provided for in confirmed plan.* | $1,242.81 |
| 060 0 U * | INTERNAL REVENUE SERVICE<br>*2006 INCOME TAXES*<br>*Not provided for in confirmed plan.* | $1,051.91 | 061 0 U * | INTERNAL REVENUE SERVICE<br>*PENALTY*<br>*Not provided for in confirmed plan.* | $2,182.18 |
| 062 0 U * | RJM ACQ LLC<br>*PURCHASES/DOUBLEDAY BOOK CLUB*<br>*Not provided for in confirmed plan.* | $85.10 | 064 0 U * | PREMIER BANKCARD /CHARTER<br>*PURCHASES*<br>*Not provided for in confirmed plan.* | $462.62 |
| 065 0 U * | QUANTUM3 GROUP<br>*MEDICAL SERVICES/TAYLOR EMERGENCY MEDICINE ASSOC PA*<br>*Not provided for in confirmed plan.* | $1,166.00 | 066 0 U * | QUANTUM3 GROUP LLC<br>*MEDICAL SERVICES/TAYLOR EMERGENCY MEDICINE ASSOC PA*<br>*Not provided for in confirmed plan.* | $992.00 |
| 069 0 U * | JEFFERSON CAPITAL SYSTEMS LLC<br>*MEDICAL SERVICES/EMERGENCY ROOM*<br>*Not provided for in confirmed plan.* | $929.00 | 070 0 U * | JEFFERSON CAPITAL SYSTEMS LLC<br>*MEDICAL SERVICES*<br>*Not provided for in confirmed plan.* | $339.00 |
| 071 0 U * | JEFFERSON CAPITAL SYSTEMS LLC<br>*MEDICAL SERVICES* | $339.00 | 072 0 U * | ASSET ACCEPTANCE LLC<br>*SERVICES/WINDSTREAM COMM ALL TEL*<br>*Not provided for in confirmed plan.* | $577.53 |
| 073 0 U * | ASSET ACCEPTANCE LLC<br>*SERVICES/WINDSTREAM ALLTEL*<br>*Not provided for in confirmed plan.* | $341.42 | 074 0 U * | SOUTHWESTERN BELL TELEPHONE COMPANY<br>*SERVICES*<br>*Not provided for in confirmed plan.* | $1,672.39 |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Beginning 5/17/2013 debtor shall make 9 payments of $620.00. Beginning 2/17/2014 debtor shall make 51 payments of $662.00 and $465.00 in paid ahead receipts already received by Trustee; for a total plan contribution of $39,807.00. The plan term and all creditor terms have been extended to 60 months.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 1/1/2014 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   11/20/2013                                    /s/ Walter O'Cheskey

                                                                                                                                                                                      _____
                                                                                                                                                                                      Walter O'Cheskey
                                                                                                                                                                                      Chapter 13 Trustee

```
AARONS RENTAL 1648 CATCLAW DR  ABILENE TX
ABILENE CARDIOLOGY CONSULTANTS PO BOX 5679  ABILENE TX 79608
ABILENE CARDIOVASCULAR SURGERY PA 1680 ANTILLEY ROAD #260  ABILENE TX 79606
ABILENE DIAGNOSTIC CLINIC PO BOX 5409  ABILENE TX 79608
ABILENE PHYSICIANS GROUP DCF C/O PASI PO BOX 188 BRENTWOOD TN 37024
ABILENE REGIONAL MEDICAL CENTER PO BOX 849776  DALLAS TX 75284
ABILENE TEACHERS FCU PO BOX 5706  ABILENE TX 79608
ABILENE TEACHERS FEDERAL CREDIT UNION ATTN GREGORY PECK PO BOX 5706 ABILENE TX 79608
AMERICAN HONDA FINANCE CORP PO BOX 1844  ALPHARETTA GA 30023
AMERICAN HONDA FINANCE CORPORATION PO BOX 168088  IRVING TX 75016
AMERICAN HONDA FINANCE PO BOX 168088  IRVING TX 75016
AMERICAN INFOSOURCE TEXAS HEALTH RESOURCES PO BOX 248838 OKLAHOMA CITY OK 73124
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
BRISTOL WEST INSURANCE CO 57015 STIRLING RD  DAVIE FL 33314
CLINICAL PATHOLOGY ASSOCIATES PO BOX 3138  ABILENE TX 79604
CMRE FINANCIAL SERVICES INC 3075 E IMPERIAL HWY STE 200  BREA CA 92821
CRD PRT ASSO ATTN BANKRUPTCY PO BOX 802068 DALLAS TX 75380
CREDIT SYSTEMS INTL IN 1277 COUNTRY CLUB LN  FORT WORTH TX 76112
CROCKER & ASSOCIATES 124 ONE MADISON PLAZA SUITE 1400 MAIDSON MS 39110
DIRECT TV PO BOX 70014  BOISE ID 73707
DIRECTV LLC ATTN BANKRUPTCIES PO BOX 6550 GREENWOOD VILLAGE CO 80155
ECMC LOCKBOX 8682 PO BOX 16478 ST PAUL MN 55116
ECMC PO BOX 16408  SAINT PAUL MN 55116
ER SOLUTIONS/CONVERGENT OUTSOURCING INC PO BOX 9004  RENTON WA 98057
FINANCIAL CONTROL SVC 6801 SANGER AVE STE 195  WACO TX 76710
FIRST CHOICE POWER PO BOX 901088  FORTH WORTH TX 76101
FIRST COLLECTION SVCS 10925 OTTER CREEK RD E  MABELVALE AR 72103
FIRST NATL BK/BAIRD PO BOX 968  BAIRD TX 79504
FIRST PREMIER BANK PO BOX 5529  SIOUX FALLS SD 57117
GEANE DAVIS 3001 HERITAGE CIRCLE  ABILENE TX 79606
HENDRICK MEDICAL CENTER PO BOX 3117  ABILENE TX 79604
HILCO ELECTRIC COOPERATIVE PO BOX 127  ITASCA TX 76055
IC SYSTEMS ATTN BANKRUPTCY 444 HIGHWAY 96 EAST,PO BOX 64444 SAINT PAUL MN 55164
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
LAMONT HANLEY & ASSOCI 1138 ELM ST  MANCHESTER NH 03101
MBRS CHOICE OF C TX FC 4631 W WACO DR  WACO TX 76710
MEDICAL DATA SYSTEMS I ATTN BANKRUPTCY 2001 9TH AVE STE 312 VERO BEACH FL 32960
NCO FIN /09 ATTENTION BANKRUPTCY 507 PRUDENTIAL RD HORSHAM PA 19044
PALISADES COLLECTIONS LLC VATIV RECOVERY SOLUTIONS PO BOX 40728 HOUSTON TX 77240
PREMIER BANKCARD /CHARTER PO BOX 2208  VACAVILLE CA 95696
PRESBYTERIAN HOSPITAL OF DALLAS ATTENTION: BUSINESS OFFICE 5750 PINELAND SUITE 312 DALLAS TX 75231
PROVIDENCE HEATH CENTER 375 ALLENS AVE  PROVIDENCE RI 02905
QUANTUM3 GROUP CF MEDICAL  LLC PO BOX 788 KIRKLAND WA 98083
QUANTUM3 GROUP LLC CP MEDICAL LLC PO BOX 788 KIRKLAND WA 98083
RADIOLOGY ASSOCIATES OF ABILENE PO BOX 2898  ABILENE TX 79604
RANDY BLANTON 154 CATO  ABILENE TX 79602
RICKY DON WHITE & CAROLYN ANN WHITE PO BOX 83  TUSCOLA TX 79562
RJM ACQ LLC 575 UNDERHILL BLVD SUITE 224  SYOSSETT NY 11791
RS CLARK AND ASSOCIATE 12990 PANDORA DR STE 150  DALLAS TX 75238
SERVICE BUREAU INC 2705 81ST ST  LUBBOCK TX 79423
SOUTHWESTERN BELL TELEPHONE COMPANY %AT&T SERV KAREN A CAVAGANARO ONE AT&T WAY ROOM 3A104 BEDMINSTER NJ 07921
TEXAS MIDWEST ER PHYSICIANS PO BOX 676240  DALLAS TX 75267
THIRD COAST EMERGENCY PHYSICIANS PO BOX 2283  MANSFIELD TX 76063
UNITED ACCPT 2400 LAKE PARK DRIVE SE  SMYRNA GA 30080
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WACO CARDIOLOGY ASSOCIATES 7125 NEW SANGER RD #A  WACO TX 76712
WACO GASTRO ENDOSCOPY 364 RICHLAND WEST CIRCLE  WACO TX 76712
WEST CENTRAL TX COLL B PO BOX 2586  ABILENE TX 79604
WEST TEXAS RADIOLOGY 3280 JOE BATTLE BLVD  EL PASO TX 79938
WHITTEN HACKER HAGIN ANDERSON & SELF PO BOX 208  ABILENE TX 79604
WORLD FINANCE CORP 3118 N 1ST ST  ABILENE TX 79603
```

WORLD FINANCE CORPORATION WORLD ACCEPTANCE CORP ATTN BANKRUPTCY PO BOX 6429 GREENVILLE SC 29606